**George Thayer DIGGS, Jr.,**
**Petitioner–Appellant,**

v.

**SHERIFF, COUNTY OF JAMES**
**CITY, Respondent–Appellee.**

No. 02–6748.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Richard Earl Hill, Jr., Law Office Of Richard E. Hill, Jr., Williamsburg, Virginia, for Appellant. Jacqueline Guess Epps, Morris & Morris, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

George Thayer Diggs, Jr., seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's memorandums and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Diggs v. Sheriff,* No. CA–01–201–3 (E.D. Va. Apr. 10 & 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*